UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| IN RE: | * | CASE NO. 05-19392 EWM |
|---|---|---|
| KAIANA L. SCHNYDER | * | CHAPTER 13 |
| DEBTOR | * | |
| * * * * * | * | |
| HORACE MANN INSURANCE COMPANY PLAINTIFF | * | |
| | * | |
| VERSUS | | ADVERSARY PROCEEDING |
| | * | NO. |
| KAIANA L. SCHNYDER DEFENDANT | * | |

## COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT

Horace Mann Insurance Company, plaintiff in this adversary proceeding, by and through undersigned counsel, respectfully represents the following:

1.

This Court has jurisdiction to hear this complaint pursuant to 28 U.S.C. sec 157 and 1334(b) and this is a core proceeding under 28 U.S.C. sec 157 (b)(2)(B) and (I).

2.

Horace Mann Insurance Company is a foreign insurer who provided homeowner's insurance to Murray Williams, Jr. on or about March 9, 2003, for his home located at 1809 Lee Drive, LaPlace, Louisiana 70068.

3.

Made defendant herein is Kaiana L. Schnyder (hereinafter "debtor"), a person of the full age of majority and a resident of the Parish of St. John the Baptist, State of Louisiana, who was previously married to Murray Williams, Jr.

4.

On or about March 9, 2003, the debtor intentionally and/or negligently set fire to the immovable property owned by Murray Williams, Jr. located at 1809 Lee Drive, LaPlace, Louisiana, causing nearly $50,000.00 in damages.

5.

As a direct and proximate result of debtor's intentional and/or negligent actions, Horace Mann Insurance Company incurred losses in the amount of FORTY-SIX THOUSAND THREE HUNDRED FIVE AND 02/100 DOLLARS ($46,305.02), said figure representing property loss payments made by it to Murray Williams, Jr. under the terms and provisions of the policy of homeowner's insurance covering the immovable property and certain movable contents at 1809 Lee Drive, LaPlace, Louisiana 70068.

6.

Under the terms and provisions of said policy of homeowner's insurance and as a matter of law, Horace Mann Insurance Company is subrogated to the rights of and entitled to recover any and all damages suffered by it and/or its insured, Murray

Williams, including, but not limited to, any property damage or other payments made to Murray Williams as a direct and proximate result of the intentional and/or negligent actions of debtor as asserted herein.

7.

As a result of the debtor's intentional and/or negligent actions in setting fire to the immovable property owned by Murray Williams, Jr. located at 1809 Lee Drive, LaPlace, Louisiana, which caused nearly $50,000.00 in damages, Horace Mann instituted a civil lawsuit against the debtor, which lawsuit was filed in the 40th Judicial District Court for the Parish of St. John the Baptist, bearing case number 48-551, Division "C" (hereinafter referred to as the "40th JDC suit").

8.

The 40th JDC suit was filed on behalf of Horace Mann by Timothy W. Hassinger, an attorney with the law firm of Galloway, Johnson, Tompkins, Burr & Smith.

9.

Debtor answered the petition filed by Horace Mann and discovery was propounded to her, including requests for admissions.

10.

In connection with the lawsuit instituted in the 40th JDC, on May 19, 2005, Horace Mann obtained a judgment from the 40th Judicial District Court having the following facts deemed admitted and conclusively established for purposes of the litigation, including trial:

a. That on March 9, 2003, Kaiana Schynder intentionally set fire to the immovable property located at 1809 Lee Drive, LaPlace, Louisiana, 70068;

b. That as a direct result of Kaiana Schynder intentionally setting fire to the immovable property located at 1809 Lee Drive, LaPlace, Louisiana, 70068, the dwelling, structure and certain immoveable contents of the property sustained fire, smoke and/or water damage; and

c. That as a direct and proximate result of Kaiana Schynder intentionally setting fire to the immovable property located at 1809 Lee Drive, LaPlace, Louisiana, 70068, she caused property and other damages totaling $46,305.02.

11.

Debtor is indebted unto Horace Mann the full and true sum of FORTY-SIX THOUSAND THREE HUNDRED FIVE AND 02/100 DOLLARS ($46,305.02), together with legal interest thereon from the date of judicial demand until paid, and for all costs for intentionally and/or negligently set fire to the immovable property located at 1809 Lee Drive, LaPlace, Louisiana 70068.

12.

On or about October 13, 2005, the debtor filed a voluntary petition in accordance with Chapter 13 of Title 11 of the United States Code.

13.

Although Horace Mann Insurance Company is listed on the debtor's schedule, Horace Mann Insurance Company and/or Timothy W. Hassinger of the law firm of

Galloway, Johnson, Tompkins Burr and Smith did not receive notice of the debtor's bankruptcy proceeding until late December 2005 or early January 2006 because the debtor did not serve Horace Mann Insurance Company directly, did not specify Mr. Hassinger as the individual to be noticed as counsel for Horace Mann, and/or potentially because of mail problems in the aftermath of Hurricane Katrina.

14.

In fact, the debtor's plan and schedules were never received nor were any orders issued by the Bankruptcy Court.

15.

Horace Mann asserts that Kaiana L. Schnyder's actions in intentionally and/or negligently setting fire to the immovable property located at 1809 Lee Drive, LaPlace, Louisiana, 70068 was willful, intentional and malicious and constitutes willful and malicious injury by the debtor to Murray Williams, Jr. and his property as defined by 11 U.S.C. sec. 523 (c) which incorporates Section 523 (a)(6) and to Horace Mann as subrogee/assignee of the rights of Murray Williams, Jr.

16.

Horace Mann asserts that Kaiana L. Schnyder's actions in intentionally and/or negligently setting fire to the immovable property located at 1809 Lee Drive, LaPlace, Louisiana, 70068 is also nondischargeable under § 523(c) which incorporates Section 523(a)(4) (debts for fraud or defalcation while acting in a fiduciary capacity, or for embezzlement, or larceny).

17.

The obligations incurred by the debtor in connection with debtor's conduct complained of herein are non-dischargeable obligations in accordance with 11 U.S.C. sec. 523 *et. seq.* and specifically, 11 U.S.C. sec. 523(c) and sec. 523 (a)(4) and sec. 523 (a)(6).

WHEREFORE, plaintiff, Horace Mann Insurance Company, prays that after due proceedings are had, there be judgment herein in its favor and against debtor, Kaiana L. Schynder: (1) declaring the debts described herein to be nondischargeable; (2) that the debtor be ordered to pay the obligations described in plaintiff's complaint; and (3) that plaintiff be granted money damages, attorney's fees, costs, and all other legal or equitable relief to which it is entitled.

Respectfully submitted,

TIMOTHY W. HASSINGER (#25085)
LISA KIERSTAN TANET (#21085)
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Facsimile: (504) 525-2456
**Counsel for Horace Mann Insurance Company**

**PLEASE ISSUE SUMMONS**
**AND SERVICE AS FOLLOWS:**

Kaiana L. Schynder
963 Whitlow Court
LaPlace, Louisiana 70068

Kaiana L. Schnyder
through her attorney of record
Thomas E. Schafer, III, Esq.
328 Lafayette Street
New Orleans, LA 70130