IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re | Bk. No. 05-19392-EWM |
| KAIANA L. SCHNYDER, | |
| Debtor | Chapter 13 |
| HORACE MANN INSURANCE COMPANY, | Adversary Proceeding No. 06-1050 |
| Plaintiff | |
| versus | |
| KAIANA L. SCHNYDER, | |
| Defendant | |

## ANSWER AND COUNTER CLAIM

NOW COMES Kaiana L. Schnyder, named defendant in the captioned Adversary Proceeding and for answer to the Complaint of Horace Mann Insurance Company, says:

I.

Admitted.

II.

Defendant denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2.

### III.

Admitted.

### IV.

Denied.

### V.

Denied.

### VI.

Defendant denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6.

### VII.

Denied.

### VIII.

Defendant denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8.

### IX.

Denied.

### X.

Denied.

### XI.

Denied.

### XII.

Admitted.

XIII.

Denied.

XIV.

Defendant denies having knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14.

XV.

Denied.

XVI.

Denied.

XVII.

Denied.

FIRST DEFENSE

Pursuant to Rule of Bankruptcy Procedure 7012(b)(6), the Complaint fails to state a claim against the defendant upon which relief may be granted. Section 1328 of the Bankruptcy Code provides for the discharge of all debts provided for by the Plan except those specified in Paragraphs (5), (8) or (9) of Section 523(a) of the Bankruptcy Code. The basis of the plaintiff's Complaint is more fully set forth in Paragraphs 15, 16 and 17, namely, that the debtor committed acts which are prohibited in Sections 523(a)(4) and (6) of the Bankruptcy Code, both of which are not excepted under a Chapter 13 discharge as provided in Section 1328 of the Bankruptcy Code.

## SECOND DEFENSE

The Complaint is premature at this time since the claim of Horace Mann Insurance Company is a dischargeable debt under Section 1328 of the Bankruptcy Code if the debtor completes all payments under the Plan, which Plan was confirmed by Order of this Court, dated January 12, 2006.

## FIRST AFFIRMATIVE DEFENSE

The Judgment referred to in Paragraph 10 of the Complaint was rendered and signed on December 28, 2005 and is void and without effect. This Chapter 13 Proceeding was filed on October 13, 2005, which activated the automatic stay provided under Section 362(a)(1) of the Bankruptcy Code. The plaintiff herein was listed as an unsecured creditor on Schedule F and on the Mailing Matrix, as more fully reflected on Schedule F, attached hereto.

## SECOND AFFIRMATIVE DEFENSE

While plaintiff alleges that neither plaintiff nor its attorney, Timothy W. Hassinger, "did not receive notice of the debtor's Bankruptcy Proceeding until late December, 2005 or early January, 2006" (see Paragraph 13 of the Complaint), actual notice is not required for the automatic stay under Section 362(a)(1) to be effective upon the filing of the Petition for Relief.

## COUNTER CLAIM

Horace Mann Insurance Company is liable unto the debtor under Section 362(g) of the Bankruptcy Code for all damages, including attorney's fees, arising from the willful continuation of its State Court Proceeding through the signing of a Judgment on

December 28, 2005. Despite receiving direct notice from counsel for debtor by Facsimile Transmission at 7:10 o'clock A.M. on December 27, 2005 that there was a stay in effect and requesting Timothy W. Hassinger "to honor the automatic stay and not take any further action in the captioned matter in State Court", said attorney proceeded on the following day, December 28, 2005, to have the State Court proceed with the entry of a Judgment. (See letter dated December 23, 2005 from Thomas E. Schafer, III to Timothy W. Hassinger and proof of Facsimile Transmission on December 27, 2005, both attached hereto).

WHEREFORE, defendant respectfully requests that this Court enter an Order (i) dismissing the plaintiff's Complaint, (ii) awarding defendant a Judgment on its counter claim, (iii) directing plaintiff to bear defendant's costs and disbursements incurred in defending this action; and (iv) granting such other and further relief as this Court deems just and proper.

THOMAS E. SCHAFER, III
Attorney for Debtor
328 Lafayette Street
New Orleans, LA 70130
522-0203 – Bar #11755

Form B6F
(12/03)

In re  Kaiana L. Schnyder                                        ,  Case No. _____
                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 4621-2030-4082-1291<br><br>ANB College Classic-Visa<br>c/o Laurence A. Hecker, Atty.<br>650 College Road East<br>Suite 1800<br>Princeton, NJ 08540 | | - | | | | | 1,099.00 |
| Account No.<br><br>Clerk of Court<br>St. John the Baptist Parish<br>P. O. Box 280<br>Edgard, LA 70049 | | - | | | | | 199.00 |
| Account No.<br><br>Horace Mann Ins. Co.<br>c/o Galloway, Johnson, Attys.<br>701 Poydras Street<br>40th Floor<br>New Orleans, LA 70139 | | - | | | | | 50,000.00 |
| Account No.<br><br>LOSFA<br>P. O. Box 91202<br>Baton Rouge, LA 70821-9202 | | - | | | | | 2,400.00 |
| __1__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 53,698.00 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        S/N:28081-060206   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  Kaiana L. Schnyder                                ,    Case No. _____
                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Sallie Mae<br>P. O. Box 9500<br>Wilkes Barre, PA 18773-9500 | | - | | | | | 1,961.00 |
| Account No. 762292<br><br>St. Elizabeth Hospital<br>c/o RRS<br>P. O. Box 7100<br>Metairie, LA 70010 | | - | | | | | 460.00 |
| Account No.<br><br>St. James Hospital<br>2471 Louisiana Avenue<br>Lutcher, LA 70071 | | - | | | | | 163.00 |
| Account No. 436799819<br><br>Verizon Wireless<br>c/o In House Recovery<br>P. O. Box 660108<br>Dallas, TX 75266-0108 | | - | | | | | 1,434.00 |
| Account No. | | | | | | | |

Sheet no. __1__ of __1__ sheets attached to Schedule of                Subtotal                          4,018.00
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

                                                                                    Total                         57,716.00
                                                           (Report on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

December 23, 2005

**VIA FACSIMILE (525-2456)**

Mr. Timothy W. Hassinger
Attorney at Law
701 Poydras Street
40th Floor
New Orleans, LA 70139

    Re:    Kaiana L. Schnyder, a/k/a
              Kaiana Schnyder Williams
              Chapter 13 – No. 05-19392

              Horace Mann Insurance Company
              vs. Kaiana Schnyder Williams,
              40th Judicial District Court for the
              Parish of St. John the Baptist, No.
              48-551

Dear Mr. Hassinger:

    The filing of the captioned Chapter 13 Proceeding on October 13, 2005, stays all proceedings against the debtor in State Court to collect a debt, including the captioned suit filed on behalf of Horace Mann Insurance Company. Horace Mann Insurance Company was listed as a creditor in the Chapter 13 Proceeding and notice was sent to Horace Mann Insurance Company, c/o Galloway, Johnson, Attorneys, 701 Poydras Street, 40th Floor, New Orleans, Louisiana 70139. You are requested to honor the automatic stay and not take any further action in the captioned matter in State Court.

                                          Very truly yours,

                                          Thomas E. Schafer, III

TES:lk

# SCHAFER & SCHAFER

Attorneys and Counsellors at Law

328 Lafayette Street

New Orleans, Louisiana 70130

Telephone (504) 522-0203
Facsimile (504) 523-2795

## FACSIMILE TRANSMISSION ✓

Date: Dec. 23, 2005

To: Timothy W. Hassinger

Company/Firm:

Telephone No.:

Fax No.: 525-2456

From: Thomas E. Schafer, III

Number of Pages (including cover sheet): 2

Upon receipt, please notify addressee immediately.
Please call if you do not receive the entire transmission.

RE: Kaiana Schnyder Williams

Comments:

*This transmission contains confidential and/or privileged information, which is intended only for the person to whom it is addressed. Please deliver it only to the addressee. If this transmission is received by anyone other than the addressee, it should be returned via first class mail.*

TRANSMISSION VERIFICATION REPORT

```
TIME    : 12/27/2005 07:11
NAME    : SCHAFER
FAX     : 5045232795
TEL     : 5045220011
SER.#   : BROJ1J599205
```

| | |
|---|---|
| DATE,TIME | 12/27 07:10 |
| FAX NO./NAME | 5252456 |
| DURATION | 00:00:32 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re | Bk. No. 05-19392-EWM |
| KAIANA L. SCHNYDER, | |
| Debtor | Chapter 13 |
| HORACE MANN<br>INSURANCE COMPANY, | Adversary Proceeding<br>No. 06-1050 |
| Plaintiff | |
| versus | |
| KAIANA L. SCHNYDER, | |
| Defendant | |

## **CERTIFICATE**

I, Thomas E. Schafer, III, certify that I caused one true and correct copy of the within Answer and Counter Claim of Kaiana L. Schnyder to be sent on April 5, 2006 Via U. S. Mail, postage prepaid to Timothy W. Hassinger, Galloway, Johnson, Tompkins, Burr & Smith, 701 Poydras Street, 40th Floor, New Orleans, Louisiana 70139.

_____
THOMAS E. SCHAFER, III